■ ANNA FIORENZA, Respondent, v SAMUEL MORGENROTH et al., Defendants, and INSURANCE COMPANY OF NORTH AMERICA, Appellant.—Appeal from order, Supreme Court, New York County, entered August 15, 1975, is unanimously dismissed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Insurance Company of North America is not a party to the action brought by plaintiff herein, and thus has no standing to appeal. Concur—Murphy, J. P., Birns, Silverman, Lane and Lynch, JJ.